UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                          :

NFC ADVISORY, INC.,                     :

               Plaintiff,      :          25-CV-10788 (JAV)

        -v-              :            ORDER

ALEXANDER TWINING, et al.,      :

              Defendants.    :

-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      For the reasons stated on the record at the initial pretrial conference held today,

Defendants' motion to stay discovery is **DENIED**.

      The Clerk of the Court is respectfully directed to terminate ECF No. 15.

      SO ORDERED.

Dated: June 23, 2026
      New York, New York                _____
                                    JEANNETTE A. VARGAS
                                    United States District Judge