UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NFC ADVISORY, INC., Plaintiff, -v- ALEXANDER TWINING, and TWINING PROPERTIES LLC, Defendants. | 25-CV-10788 (JAV) ORDER |

JEANNETTE A. VARGAS, District Judge:

On June 26, 2026, Defendants filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Plaintiff has represented that he will be filing an amended complaint in response to the motion to dismiss, but has requested that he be permitted until July 27, 2026, to file the amended complaint. ECF No. 25.

Plaintiff shall file any amended complaint by **July 27, 2026**. Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline showing all differences between the original and revised filings. Plaintiff is on notice that there will likely not be any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

By three (3) weeks after the amended complaint is filed, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss. If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Defendants file a new motion to dismiss or indicate that they rely on their previously filed motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

SO ORDERED.

Dated: July 8, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge