**KAUFMAN P.C.**
**200 Park Avenue, Suite 1700**
**New York, New York 10166**
**Tel: 212-257-0900**
**Fax: 212-897-2370**
**email: akaufman@kaufmanllc.net**

September 23, 2026

**MEMO ENDORSED**

Hon. Jeannette Vargas
United States District Court
500 Pearl Street, Room 703
New York, New York 10003
VargasNYSDChambers@nysd.uscourts.gov

Re: NFC Advisory v. Twining et al.:, Case No. 1:25-cv-10788 (JAV): Joint Request to Modify Briefing Schedule

Your Honor,

I am writing in behalf of all parties to request a modification of the current schedule for briefing on the pending dismissal motion as well as document production. The request is made to accommodate issues with the defendants' production of documents and to harmonize briefing with the proposed production schedule below, to which the parties agree and for which they request Court approval.

Currently, the defendants' Responses to the plaintiff's first production request were due last Tuesday, September 15. The undersigned expected to have them in hand when the current date for response to the defendants' Motion to Dismiss (ECF 35) was due, which is today.

The defendants have requested additional time to prepare their document Response, with Objections to be filed tomorrow, *September 24*, and document Reponses, *October 9*. The plaintiff has agreed to that proposal and the defendants, in turn, consent to the plaintiff's request that its dismissal Response be filed by *October 16*, the week following production. The defendants' Reply would be in the normal course.

By this Letter the parties jointly request that the Court approve these proposed dates.

Yours sincerely,

Alan H. Kaufman

In Washington, D.C: 1717 K Street, N.W., Suite 900, Washington, D.C. 20009

The parties extension requests are **GRANTED**, nunc pro tunc. Opposition papers shall be filed no later than **October 16, 2026**. Reply papers shall be filed no later than **October 23, 2026**. The Clerk of Court is directed to terminate ECF No. 45.

SO ORDERED.
Dated: September 25, 2026

JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE